UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

DEMARCO LADRELL MARQUIZ WOODARD, #65123     PETITIONER

V.     CIVIL ACTION NO. 3:22-CV-710-KHJ-MTP

STATE OF MISSISSIPPI and
CIRCUIT COURT OF LAUDERDALE
COUNTY, MISSISSIPPI     RESPONDENTS

ORDER

This action is before the Court on Petitioner Demarco Ladrell Marquiz Woodard's [14] "Petition for Discretion Review," which the Court construes as a motion. On February 9, 2023, the Court dismissed Woodard's Petition for failing to exhaust his habeas claim in State court. *See* Order [11]. And the Court entered final judgment that day too. [12]. Accordingly, this motion is denied as moot.

SO ORDERED AND ADJUDGED this the 13th day of April, 2023.

s/ *Kristi H. Johnson*
UNITED STATES DISTRICT JUDGE