UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

DEMARCO LADRELL MARQUIZ WOODARD, # 65123            PETITIONER

V.            CIVIL ACTION NO. 3:22-CV-710-KHJ-MTP

STATE OF MISSISSIPPI and CIRCUIT COURT OF LAUDERDALE COUNTY, MISSISSIPPI            RESPONDENTS

ORDER

BEFORE THE COURT is pro se Petitioner Demarco Ladrell Marquiz Woodard's [16] Motion to Set Aside Judgment. On February 9, 2023, the Court dismissed this action without prejudice for failure to exhaust state remedies. *See* Order [11]. On May 17, Woodard filed this motion asking that a Final Judgment be issued in a separate document. *See* [16]. A separate Final Judgment was already issued and mailed to him on February 9, 2023. *See* [12]. This motion is thus moot.

IT IS, THEREFORE, ORDERED AND ADJUDGED that pro se Petitioner Demarco Ladrell Marquiz Woodard's motion [16] is DENIED as moot.

SO ORDERED AND ADJUDGED, this the 5th day of June, 2023.

           s/ *Kristi H. Johnson*
           UNITED STATES DISTRICT JUDGE